## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KARMIEC MURRAY, individually
and on behalf of all others similarly situated,

Plaintiff,                                           Case No.: 8:20-cv-00219-MSS-SPF

v.

ASSETCARE, LLC, CF MEDICAL, LLC,
and JOHN DOES 1-25,

Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendants, AssetCare, LLC and CF Medical, LLC, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: November 20, 2020

                                                                       Respectfully submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2460
Facsimile: (877) 334-0661

          mschuette@sessions.legal
          dvanhoose@sessions.legal
          *Counsel for Defendants,*
          *AssetCare, LLC and CF Medical, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 20th day of November 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Justin Zeig, Esq.
Zeig Law Firm, LLC
3475 Sheridan Street, Suite 310
Hollywood, FL 33021
justin@zeiglawfirm.com

        */s/ Michael P. Schuette*
        Attorney