**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KARMIEC MURRAY, individually and**
**on behalf of all others similarly**
**situated,**

      **Plaintiff,**

**v.**                                     **Case No: 8:20-cv-219-T-35SPF**

**ASSETCARE, LLC, CF MEDICAL LLC,**
**and JOHN DOES 1-25,**

      **Defendants.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On November 20, 2020, the parties filed a Notice of Pending Settlement, informing the Court that the above-captioned case was settled. (Dkt. 35) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within thirty (30) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the thirty (30) day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of January, 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party